UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

FELIX LOPEZ-CABRERA,

Defendant.

11-CR-1032 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 18, 2021, the Court received a motion by defendant Felix Lopez-Cabrera for an extension of time in which to file a motion under 28 U.S.C. § 2255 and for appointment of counsel. The Court grants the extension, such that any motion under 28 U.S.C. § 2255 must be filed by September 18, 2021. The Court will determine whether there is a basis to appoint counsel for Lopez-Cabrera after reviewing the § 2255 motion he files.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: March 18, 2021
       New York, New York